granting motion for change of venue reversed upon the law, without costs, and motion denied, without costs, and without prejudice to renewal. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

ELIZABETH C. BARTON, Respondent, v. OSTEND BATHS, INC., Defendant. HYMAN KATZ, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for Friday, January 17, 1930 (for which day the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

LOUIS FISHER and JACK SOLOW, Appellants, v. PAUL KAMINER, Individually, and as President of District Council No. 29, Brotherhood of Painters, Decorators and Paperhangers of Kings County, N. Y., and Others, Respondents.— Motion for stay pending appeal denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MICHAEL BERNSTEIN, Respondent, v. SILVERTOWN CONSTRUCTION COMPANY, INC., Appellant. (Franklin Avenue.) — Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs, because of appellant's failure to comply with rule 11.* Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MICHAEL BERNSTEIN, Respondent, v. SILVERTOWN CONSTRUCTION COMPANY, INC., Appellant. (Hayes Avenue.) — Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs, because of appellant's failure to comply with rule 11.* Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MICHAEL BERNSTEIN, Respondent, v. SILVERTOWN CONSTRUCTION COMPANY, INC., Appellant. (Northern Boulevard.) — Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs, because of appellant's failure to comply with rule 11.* Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MICHAEL BERNSTEIN, Respondent, v. SILVERTOWN CONSTRUCTION COMPANY, INC., Appellant. (Percy and State Streets.) — Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs, because of appellant's failure to comply with rule 11.* Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

FREDERICK W. BODE and HORACE M. GRAY, Respondents, v. PARK HILL ESTATES, INC., and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

HELEN M. BRADLEY, Respondent, v. CATHERINE M. BRADLEY, Individually and as Special Guardian of HELEN M. BRADLEY, Respondent, and CATHERINE GRAHAM and Others, Appellants.— Motion for reargument denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MAX BRAUN, Respondent, v. ARMOUR AND COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted and the following question certified: Does the complaint state facts sufficient to

---

* See App. Div. Rules, 2d Dept., rule 11.— [REP.